**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

In re: JOHNNY ROSE CREATIVE KITCHEN,                §          Case No. 18-17202-PDR
        INC.                                                                   §
                                                       §
                                                       §
            Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

        Scott N. Brown, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

        1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

        2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $13,110.00 | Assets Exempt: N/A |
| *(without deducting any secured claims)* | |
| Total Distributions to Claimants: $1,023.59 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $40,341.18 | |

        3) Total gross receipts of $41,364.77 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $41,364.77 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $40,341.18 | $40,341.18 | $40,341.18 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $20,483.88 | $20,483.88 | $1,023.59 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $304,287.42 | $339,764.70 | $39,764.70 | $0.00 |
| **TOTAL DISBURSEMENTS** | $304,287.42 | $400,589.76 | $100,589.76 | $41,364.77 |

4) This case was originally filed under chapter 7 on 06/15/2018.  The case was pending for 28 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/08/2020                    By: /s/ Scott N. Brown
                                                            Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Judgment against Elliott Adv Proc.18-1474 | 1249-000 | $40,000.00 |
| Wells Fargo Bank N.A Checking 8052 | 1129-000 | $78.98 |
| unscheduled work comp refund | 1290-000 | $1,285.79 |
| **TOTAL GROSS RECEIPTS** | | **$41,364.77** |

[1]*The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.*

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Akiko Herron | 4110-000 | $0.00 | NA | NA | NA |
| N/F | Akiko Herron | 4110-000 | $0.00 | NA | NA | NA |
| N/F | Akiko Herron | 4110-000 | $0.00 | NA | NA | NA |
| N/F | Akiko Herron | 4110-000 | $0.00 | NA | NA | NA |
| N/F | Akiko Herron | 4110-000 | $0.00 | NA | NA | NA |
| N/F | Akiko Herron | 4110-000 | $0.00 | NA | NA | NA |
| N/F | Akiko Herron | 4110-000 | $0.00 | NA | NA | NA |
| N/F | Akiko Herron | 4110-000 | $0.00 | NA | NA | NA |
| N/F | Akiko Herron | 4110-000 | $0.00 | NA | NA | NA |
| N/F | Akiko Herron | 4110-000 | $0.00 | NA | NA | NA |
| N/F | Akiko Herron | 4110-000 | $0.00 | NA | NA | NA |
| N/F | Akiko Herron | 4110-000 | $0.00 | NA | NA | NA |
| N/F | Akiko Herron | 4110-000 | $0.00 | NA | NA | NA |
| N/F | Akiko Herron | 4110-000 | $0.00 | NA | NA | NA |
| N/F | Akiko Herron | 4110-000 | $0.00 | NA | NA | NA |
| N/F | Akiko Herron | 4110-000 | $0.00 | NA | NA | NA |
| N/F | Akiko Herron | 4110-000 | $0.00 | NA | NA | NA |
| N/F | Akiko Herron | 4110-000 | $0.00 | NA | NA | NA |
| N/F | Akiko Herron | 4110-000 | $0.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Scott N. Brown | 2100-000 | NA | $4,886.48 | $4,886.48 | $4,886.48 |
| Trustee, Expenses - Scott N. Brown | 2200-000 | NA | $41.63 | $41.63 | $41.63 |
| Attorney for Trustee Fees - BAST AMRON LLP | 3110-000 | NA | $24,000.00 | $24,000.00 | $24,000.00 |
| Attorney for Trustee, Expenses - BAST AMRON LLP | 3120-000 | NA | $2,084.99 | $2,084.99 | $2,084.99 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $350.00 | $350.00 | $350.00 |
| Banking and Technology Service Fee - UNION BANK | 2600-000 | NA | $120.00 | $120.00 | $120.00 |
| Accountant for Trustee Fees (Other Firm) - KAPILAMUKAMAL, LLP | 3410-000 | NA | $8,612.50 | $8,612.50 | $8,612.50 |
| Accountant for Trustee Expenses (Other Firm) - KAPILAMUKAMAL, LLP | 3420-000 | NA | $245.58 | $245.58 | $245.58 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$40,341.18** | **$40,341.18** | **$40,341.18** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | Internal Revenue Service Centralized Insolvancy Operations | 5800-000 | NA | $20,422.15 | $20,422.15 | $1,020.51 |
| 5P | Clerk of the Court - City of Fort Lauderdale | 5800-001 | NA | $61.73 | $61.73 | $3.08 |
| N/F | Florida Department of Revenue | 5600-000 | $0.00 | NA | NA | NA |
| N/F | Internal Revenue Service | 5600-000 | $0.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$20,483.88** | **$20,483.88** | **$1,023.59** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Wells Fargo Bank, N.A. Small Business Lending Division | 7100-000 | $1,335.00 | $1,335.00 | $1,335.00 | $0.00 |
| 2U | Internal Revenue Service Centralized Insolvancy Operations | 7300-000 | NA | $400.00 | $400.00 | $0.00 |
| 3 | BMW Financial Services NA, LLC | 7100-000 | NA | $37,008.45 | $37,008.45 | $0.00 |
| 4 | Akiko Elliot c/o Keith T. Grumer, Esq Katz Barron | 7100-000 | $280,000.00 | $300,000.00 | $0.00 | $0.00 |
| 5U | City of Fort Lauderdale | 7100-000 | NA | $1,021.25 | $1,021.25 | $0.00 |
| N/F | AT&T | 7100-000 | $152.41 | NA | NA | NA |
| N/F | Alsco Linen | 7100-000 | $2,425.81 | NA | NA | NA |
| N/F | Brilliant Supply | 7100-000 | $1,411.45 | NA | NA | NA |
| N/F | Cheney Brothers | 7100-000 | $3,275.50 | NA | NA | NA |
| N/F | City of Fort Lauderdale | 7100-000 | $3,560.03 | NA | NA | NA |
| N/F | DirecTV | 7100-000 | $206.71 | NA | NA | NA |
| N/F | Macs Produce | 7100-000 | $458.00 | NA | NA | NA |
| N/F | Summit Holdings | 7100-000 | $2,000.00 | NA | NA | NA |
| N/F | Supreme Energy | 7100-000 | $1,360.03 | NA | NA | NA |
| N/F | The Restaurant People, LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Timepayment Corp, LLC | 7100-000 | $6,920.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Waste Management | 7100-000 | $889.02 | NA | NA | NA |
| N/F | Waste Management | 7100-000 | $293.46 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$304,287.42** | **$339,764.70** | **$39,764.70** | **$0.00** |

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Exhibit 8

Page: 1

**Case No.:** 18-17202-PDR

**Case Name:** JOHNNY ROSE CREATIVE KITCHEN, INC.

**Trustee Name:** (290010) Scott N. Brown

**Date Filed (f) or Converted (c):** 06/15/2018 (f)

**§ 341(a) Meeting Date:** 07/24/2018

**For Period Ending:** 10/08/2020

**Claims Bar Date:** 08/24/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Wells Fargo Bank N.A Checking 8052 | 122.88 | 0.00 | | 78.98 | FA |
| 2 | Flat top grill | 700.00 | 0.00 | | 0.00 | FA |
| 3 | Plateware: 75 10.5" dinner plates; 65 6" side<br>plates; 25 10" bowls (salads, soups, pastas); 27 bamboo boards; 29 metal taco holders; 48 9" metal serving trays | 750.00 | 0.00 | | 0.00 | FA |
| 4 | Silverware: 78 forks; 72 butter knives; 26 soup | 85.00 | 0.00 | | 0.00 | FA |
| 5 | Char grill 30"x30" | 700.00 | 0.00 | | 0.00 | FA |
| 6 | Stand up freezer | 50.00 | 0.00 | | 0.00 | FA |
| 7 | Chet freezer | 50.00 | 0.00 | | 0.00 | FA |
| 8 | 2 Fryers | 125.00 | 0.00 | | 0.00 | FA |
| 9 | Buerner oven | 500.00 | 0.00 | | 0.00 | FA |
| 10 | 6' Woork Table | 250.00 | 0.00 | | 0.00 | FA |
| 11 | 3 Coolers | 1,500.00 | 0.00 | | 0.00 | FA |
| 12 | 3 Beer coolers | 750.00 | 0.00 | | 0.00 | FA |
| 13 | Stand cooler | 500.00 | 0.00 | | 0.00 | FA |
| 14 | 2 Sound amps | 200.00 | 0.00 | | 0.00 | FA |
| 15 | Sound board | 400.00 | 0.00 | | 0.00 | FA |
| 16 | 4 18" Speakers | 600.00 | 0.00 | | 0.00 | FA |
| 17 | 6 8" Speakers | 600.00 | 0.00 | | 0.00 | FA |
| 18 | 30 Bar stools | 750.00 | 0.00 | | 0.00 | FA |
| 19 | 40 Chairs | 800.00 | 0.00 | | 0.00 | FA |
| 20 | 20 Tables | 600.00 | 0.00 | | 0.00 | FA |
| 21 | 16 50" TVs | 3,200.00 | 0.00 | | 0.00 | FA |
| 22 | Restaurant/Bar 210 SW 2nd St | 0.00 | 0.00 | | 0.00 | FA |
| 23 | unscheduled work comp refund (u) | 0.00 | 1,285.79 | | 1,285.79 | FA |
| 24 | Judgment against Elliott Adv Proc.18-1474 (u)<br>Order Granting Motion to Compromise Controversy 11/06/19 (ECF 30) | 0.00 | 100,350.00 | | 40,000.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

Case No.:   18-17202-PDR

Case Name:   JOHNNY ROSE CREATIVE KITCHEN, INC.

For Period Ending:   10/08/2020

Trustee Name:   (290010) Scott N. Brown

Date Filed (f) or Converted (c):   06/15/2018 (f)

§ 341(a) Meeting Date:   07/24/2018

Claims Bar Date:   08/24/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 25 | Potential Avoidance Claim Against South Florida Vocal Acadamy<br>Notice of abandonment 12/26/19 (ECF 34) | 0.00 | 1.00 | OA | 0.00 | FA |
| **25** | **Assets Totals (Excluding unknown values)** | **$13,232.88** | **$101,636.79** | | **$41,364.77** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee, through counsel, is investigating recovery opportunities

Claims Bar Date - 8/24/18

Asset #'s 2-22, though scheduled, had been transferred to landlord pre-petition and were not property of the Debtor as of the Petition Date.

Trustee conducted Debtor's principal's 2004 exam on 1/23/19 - ECF 26

On 12/5/18, Trustee filed suit against Akiko Elliott - see Adv. Proc. 18-1474-. Discovery has been propounded

Hearing on MSJ scheduled for 5/15/19

Trustee obtained summary judgment against Akiko Elliot for $100,350 on 5/24/19

Post-judgment collection efforts are ongoing

Trustee settled judgment against Akiko Elliott for $40,000 + waiver of claims (ECF 29 & 30).

Trustee investigated potential avoidance claim against S. Florida Vocal Academy and subsequently abandoned same (ECF No  34).

Claims review complete

Final tax return filed

Final fee applications filed

Ready for TFR

Note: As set forth in Trustee's counsel's first and final fee application (ECF No. 37), it is unfortunate that the distribution to creditors is relatively small as compared to the administrative expenses incurred by the Estate, but the costly, time-consuming (and what should have been, unnecessary) litigation that the Trustee was forced to bring  and prosecute against Akiko Elliott would have rendered the Estate administratively insolvent but for the 30+% voluntary fee reductions taken by both the Trustee's counsel and the Trustee's accountants as a courtesy to the Trustee.

**Initial Projected Date Of Final Report (TFR):**  06/30/2020          **Current Projected Date Of Final Report (TFR):**    02/12/2020 (Actual)

# Form 2

Exhibit 9

# Cash Receipts And Disbursements Record

Page: 1

| Case No.: | 18-17202-PDR | Trustee Name: | Scott N. Brown (290010) |
| --- | --- | --- | --- |
| Case Name: | JOHNNY ROSE CREATIVE KITCHEN, INC. | Bank Name: | UNION BANK |
| Taxpayer ID #: | **-***6096 | Account #: | ******5860 Checking Account |
| For Period Ending: | 10/08/2020 | Blanket Bond (per case limit): | $52,222,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/13/18 | {23} | BRIDGEFIELD CAUALTY INSURANCE COMPA | unscheduled work comp refund | 1290-000 | 1,285.79 | | 1,285.79 |
| 09/10/18 | {1} | WELLS FARGO BANK N.A. | PROCEEDS IN ACCOUNT | 1129-000 | 78.98 | | 1,364.77 |
| 11/26/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,349.77 |
| 12/26/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,334.77 |
| 01/25/19 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,319.77 |
| 02/25/19 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,304.77 |
| 03/25/19 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,289.77 |
| 04/25/19 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,274.77 |
| 05/28/19 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,259.77 |
| 06/25/19 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,244.77 |
| 10/02/19 | {24} | GRUMER MACALUSO, P.A. | Order Granting Motion to Compromise Controversy 11/06/19 (ECF 30) | 1249-000 | 40,000.00 | | 41,244.77 |
| 10/25/19 | | Metropolitan Commercial Bank | Wire Transfer To Fund New Bank Account | 9999-000 | | 41,244.77 | 0.00 |

| | | COLUMN TOTALS | | | 41,364.77 | 41,364.77 | $0.00 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Less: Bank Transfers/CDs | | | 0.00 | 41,244.77 | |
| | | **Subtotal** | | | **41,364.77** | **120.00** | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$41,364.77** | **$120.00** | |

## Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| Case No.: | 18-17202-PDR | Trustee Name: | Scott N. Brown (290010) |
|---|---|---|---|
| Case Name: | JOHNNY ROSE CREATIVE KITCHEN, INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***6096 | Account #: | ******8428 Checking Account |
| For Period Ending: | 10/08/2020 | Blanket Bond (per case limit): | $52,222,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/25/19 | | Union Bank | Wire From Former Bank | 9999-000 | 41,244.77 | | 41,244.77 |
| 04/03/20 | 101 | Scott N. Brown | Distribution payment - Dividend paid at 100.00% of $4,886.48; Claim # FEE; Filed: $4,886.48; | 2100-000 | | 4,886.48 | 36,358.29 |
| 04/03/20 | 102 | Scott N. Brown | Distribution payment - Dividend paid at 100.00% of $41.63; Claim # TE; Filed: $41.63; | 2200-000 | | 41.63 | 36,316.66 |
| 04/03/20 | 103 | KAPILAMUKAMAL, LLP | Distribution payment - Dividend paid at 100.00% of $8,612.50; Claim # ; Filed: $8,612.50; | 3410-000 | | 8,612.50 | 27,704.16 |
| 04/03/20 | 104 | KAPILAMUKAMAL, LLP | Distribution payment - Dividend paid at 100.00% of $245.58; Claim # ; Filed: $245.58; | 3420-000 | | 245.58 | 27,458.58 |
| 04/03/20 | 105 | BAST AMRON LLP | Distribution payment - Dividend paid at 100.00% of $24,000.00; Claim # ; Filed: $24,000.00; | 3110-000 | | 24,000.00 | 3,458.58 |
| 04/03/20 | 106 | BAST AMRON LLP | Distribution payment - Dividend paid at 100.00% of $2,084.99; Claim # ; Filed: $2,084.99; | 3120-000 | | 2,084.99 | 1,373.59 |
| 04/03/20 | 107 | Internal Revenue Service Centralized Insolvency Operations | Distribution payment - Dividend paid at 5.00% of $20,422.15; Claim # 2P; Filed: $20,422.15; Stopped on 07/02/2020 | 5800-000 | | 1,020.51 | 353.08 |
| 04/03/20 | 108 | Clerk of the Court | Combined small dividends. | 5800-001 | | 3.08 | 350.00 |
| 04/13/20 | 109 | Clerk of the Court | Adversary Filing Fee 18-01474 | 2700-000 | | 350.00 | 0.00 |
| 07/02/20 | 107 | Internal Revenue Service Centralized Insolvency Operations | Distribution payment - Dividend paid at 5.00% of $20,422.15; Claim # 2P; Filed: $20,422.15; Stopped: check issued on 04/03/2020 | 5800-000 | | -1,020.51 | 1,020.51 |
| 08/13/20 | 110 | Internal Revenue Service Centralized Insolvency Operations | Distribution payment - Dividend paid at 5.00% of $20,422.15; Claim # 2P; Filed: $20,422.15; | 5800-000 | | 1,020.51 | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | COLUMN TOTALS | | | 41,244.77 | 41,244.77 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 41,244.77 | 0.00 | |
| | | Subtotal | | | 0.00 | 41,244.77 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $0.00 | $41,244.77 | |

Exhibit 9
Page: 3

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 18-17202-PDR |
| **Case Name:** | JOHNNY ROSE CREATIVE KITCHEN, INC. |
| **Taxpayer ID #:** | **-***6096 |
| **For Period Ending:** | 10/08/2020 |

| | |
|---|---|
| **Trustee Name:** | Scott N. Brown (290010) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******8428 Checking Account |
| **Blanket Bond (per case limit):** | $52,222,000.00 |
| **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******5860 Checking Account | $41,364.77 | $120.00 | $0.00 |
| ******8428 Checking Account | $0.00 | $41,244.77 | $0.00 |
| | **$41,364.77** | **$41,364.77** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)